1  Jahan C. Sagafi (Cal. Bar No. 224887)
   Julia Rabinovich (Cal. Bar No. 290730)
2  OUTTEN & GOLDEN LLP
   One Embarcadero Center, 38th Floor
3  San Francisco, CA 94111
   Telephone: (415) 638-8800
4  Facsimile: (415) 638-8810
   E-mail: jsagafi@outtengolden.com
5  E-mail: jrabinovich@outtengolden.com

6  Justin M. Swartz (admitted *pro hac vice*)
   OUTTEN & GOLDEN LLP
7  3 Park Avenue, 29th Floor
   New York, New York 10016
8  Telephone: (212) 245-1000
   Facsimile: (646) 509-2060
9  E-mail: jms@outtengolden.com

10 *Attorneys for Plaintiff and proposed Class Members*

11 Melinda Riechert
   MORGAN LEWIS & BOCKIUS LLP
12 One Market, Spear Street Tower
   San Francisco, CA 94105-1596
13 Telephone: (415) 422-1486
   Facsimile: (415) 422-1001
14 E-mail: mriechert@morganlewis.com

15 *Attorneys for Defendants*

16 *Additional counsel listed on following page*

17                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
18                    SAN FRANCISCO/OAKLAND DIVISION

19

20 JASON ZAJONC, individually and on behalf        Case No. 4:14-cv-05563-EMC
   of all others similarly situated,
21                                                 **STIPULATION AND [PROPOSED]**
                   Plaintiff,                      **ORDER TO CONTINUE HEARING**
22                                                 **ON MORGAN STANLEY'S MOTION**
          vs.                                      **TO DISMISS, STAY, OR TRANSFER**
23                                                 **ACTION TO THE SOUTHERN**
   MORGAN STANLEY & CO. LLC, f/k/a                 **DISTRICT OF FLORIDA PURSUANT**
24 Morgan Stanley & Co. Incorporated,              **TO THE FIRST-TO-FILE RULE**
   MORGAN STANLEY SMITH BARNEY
25 LLC, and MORGAN STANLEY,

26                 Defendants.

27

28

Gregg I. Shavitz (admitted *pro hac vice*)
Susan H. Stern (admitted *pro hac vice*)
Paolo C. Meireles (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Hwy., Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: sstern@shavitzlaw.com
E-mail: pmeireles@shavitzlaw.com

Jeffrey A. Klafter (*pro hac vice* application forthcoming)
Seth R. Lesser (*pro hac vice* application forthcoming)
Fran L. Rudich (admitted *pro hac vice*)
KLAFTER OLSEN & LESSER, LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200
Facsimile: (914) 934-9220
E-mail: jak@klafterolsen.com
E-mail: seth@klafterolsen.com
E-mail: fran@klafterolsen.com

*Attorneys for Plaintiff and proposed Class Members*

1   **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2      Plaintiff Jason Zajonc ("Plaintiff") and Defendants Morgan Stanley & Co. LLC, Morgan

3   Stanley Smith Barney LLC, and Morgan Stanley ("Morgan Stanley") (collectively, the "Parties")

4   hereby stipulate as follows:

5      WHEREAS, on March 19, 2015, Morgan Stanley filed a Notice of Motion and Motion to

6   Dismiss, Stay, or Transfer Action to the Southern District of Florida Pursuant to the First-to-File

7   Rule ("Morgan Stanley's Motion to Dismiss") (Docket No. 37), noticing a hearing for April 23,

8   2015 at 1:30 p.m.;

9      WHEREAS, Plaintiff's counsel are unavailable that day; and

10     WHEREAS, both parties' counsel are available on April 30, 2015 at 1:30 p.m.

11     THEREFORE, it is hereby stipulated and agreed that the hearing on Morgan Stanley's

12   Motion to Dismiss (Docket No. 37) be continued to April 30, 2015 at 1:30 p.m.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Dated: March 26, 2015

By:  ___/s/ Jahan C. Sagafi_____
          Jahan C. Sagafi

3

Jahan C. Sagafi (Cal. Bar No. 224887)
Julia Rabinovich (Cal. Bar No. 290730)

4

OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor

5

San Francisco, CA 94111
Telephone: (415) 638-8800

6

Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com

7

E-mail: jrabinovich@outtengolden.com

8

Justin M. Swartz (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP

9

3 Park Avenue, 29th Floor
New York, New York 10016

10

Telephone: (212) 245-1000
Facsimile: (646) 509-2060

11

E-mail: jms@outtengolden.com

12

Gregg I. Shavitz (admitted *pro hac vice*)
Susan H. Stern (admitted *pro hac vice*)

13

Paolo C. Meireles (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.

14

1515 S. Federal Hwy., Suite 404
Boca Raton, Florida 33432

15

Telephone: (561) 447-8888
Facsimile: (561) 447-8831

16

E-mail: gshavitz@shavitzlaw.com
E-mail: sstern@shavitzlaw.com

17

E-mail: pmeireles@shavitzlaw.com

18

Jeffrey A. Klafter (*pro hac vice* application
forthcoming)

19

Seth R. Lesser (*pro hac vice* application
forthcoming)

20

Fran L. Rudich (admitted *pro hac vice*)
KLAFTER OLSEN & LESSER, LLP

21

Two International Drive, Suite 350
Rye Brook, NY 10573

22

Telephone: (914) 934-9200
Facsimile: (914) 934-9220

23

E-mail: jak@klafterolsen.com
E-mail: seth@klafterolsen.com

24

E-mail: fran@klafterolsen.com

25

*Attorneys for Plaintiff and Proposed Class
Members*

26

27

28

Dated: March 26, 2015                          By:   _/s/ Melinda Riechert_
                                                     Melinda Riechert

                                               Melinda Riechert
                                               MORGAN LEWIS & BOCKIUS LLP
                                               One Market, Spear Street Tower
                                               San Francisco, CA 94105-1596
                                               Telephone: (415) 422-1486
                                               Facsimile: (415) 422-1001
                                               E-mail: mriechert@morganlewis.com

                                               *Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March_____31_____, 2015

                                               _____
                                               The Honorable Edward M. Chen
                                               United States District Judge

IT IS SO ORDERED

Judge Edward M. Chen

## **ATTESTATION OF SIGNATURE**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence

in the filing of this document has been obtained from the other signatory above.


DATED: March 26, 2015                        OUTTEN & GOLDEN LLP

                                            By:  _/s/ Jahan C. Sagafi_____

                                            *Attorneys for Plaintiff and Proposed Class*
                                            *Members*