UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ZAJONC, | No. C-14-5563 EMC |
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF** |
| MORGAN STANLEY & CO. LLC, *et al.*, | |
| Defendants. | **(Docket No. 41)** |

Defendants have filed an administrative motion asking for continuance of the initial case management conference ("CMC") and a stay of discovery pending a decision on Defendants' motion to dismiss, stay, or transfer. Having considered the parties' briefs and accompanying submissions, as well as all other evidence of record, the Court hereby **DENIES** the motion for relief.

In the underlying motion, the primary relief sought by Defendants is a transfer to the Southern District of Florida. But as Plaintiff points out, regardless of the venue in which this case will be litigated, discovery will need to happen. Thus, there is no reason to stay discovery or delay the initial CMC. To the extent discovery sought in this case is duplicative of the discovery sought in the Florida case, then the parties should meet and confer to see whether they can reach an agreement

///
///
///
///

regarding the use of the discovery obtained in the Florida case here.  The Court advises the parties that they risk being sanctioned should they fail to meet and confer in good faith.

     IT IS SO ORDERED.

Dated:  March 31, 2015

_____
EDWARD M. CHEN
United States District Judge