1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JASON ZAJONC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY & CO. LLC, f/k/a Morgan Stanley & Co. Incorporated, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY,<br><br>Defendant. | Case No. 4:14-cv-05563-EMC<br>AMENDED<br><br>**[PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND STAY DISCOVERY UNTIL AFTER THE DETERMINATION OF DEFENDANTS' MOTION TO DISMISS, STAY OR TRANSFER**<br><br>**[Civil L.R. 7-11]**<br><br>Complaint Filed:    December 19, 2014 |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

[PROPOSED] ORDER
CASE NO. 4:14-CV-05563-EMC

1  The Court has considered Defendants Morgan Stanley & Co. LLC, Morgan Stanley Smith
2  Barney LLC, and Morgan Stanley's (collectively, "Defendants") Motion for Administrative
3  Relief Seeking an Order to Continue the Initial Case Management Conference and Stay
4  Discovery Pending the Determination of Defendants' Motion to Dismiss, Stay, or Transfer
5  ("Motion") brought under Civil Local Rule 7-11.  Per Local Rule 7-11(c), the Court did not hold
6  a hearing on the Motion.
7  Upon review of the papers, authorities, and evidence submitted by the parties, and for
8  good cause shown, IT IS HEREBY ORDERED:
9  (1) The Initial Case Management Conference set for April 2, 2015 shall be taken off [*is reset for May 28, 2015 at 9:30 a.m.  A joint CMC statement shall be filed by May 21, 2015.*]
10  calendar.  Should this Court deny Defendants' pending Motion to Dismiss, Stay, or Transfer
11  ("Motion to Transfer"), the Court will re-set the date.
12  (2) All discovery in this action, including pending written discovery requests and the
13  Federal Rule of Civil Procedure 30(b)(6) deposition noticed for April 9, 2015, shall be stayed.
14  Should the Court deny the Motion to Transfer, the stay shall be lifted concurrently with the
15  issuance of such an order.  [*Denied. See Order Docket 51.*]  [struck through]
16  IT IS SO ORDERED.
17  Dated: _____3/31/15_____

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

DB1/ 82703891.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER
CASE NO. 4:14-CV-05563-EMC