Jahan C. Sagafi (Cal. Bar No. 224887)
Julia Rabinovich (Cal. Bar No. 290730)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: jrabinovich@outtengolden.com

Gregg I. Shavitz (admitted *pro hac vice*)
Susan H. Stern (admitted *pro hac vice*)
Paolo C. Meireles (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Hwy., Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: sstern@shavitzlaw.com
E-mail: pmeireles@shavitzlaw.com

Justin M. Swartz (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: jms@outtengolden.com

Jeffrey A. Klafter (*pro hac vice* forthcoming)
Seth R. Lesser (*pro hac vice* forthcoming)
Fran L. Rudich (admitted *pro hac vice*)
KLAFTER OLSEN & LESSER, LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200
Facsimile: (914) 934-9220
E-mail: jak@klafterolsen.com
E-mail: seth@klafterolsen.com
E-mail: fran@klafterolsen.com

Attorneys for Plaintiff JASON ZAJONC

Melinda Riechert, SBN: 65504
Jennifer Svanfeldt, SBN: 233248
Roberta Vespremi, SBN 225067
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 422-1486
Facsimile: (415) 422-1001
E-mail: mriechert@morganlewis.com

Attorneys for Defendants MORGAN STANLEY & CO. LLC, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

JASON ZAJONC, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

MORGAN STANLEY & CO. LLC, f/k/a Morgan Stanley & Co. Incorporated, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY,

Defendants.

Case No. 4:14-cv-05563-EMC

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

Pursuant to Civil Local Rules 6-1 and 6-2, Defendants MORGAN STANLEY & CO. LLC, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY (collectively "Defendants") and Plaintiff JASON ZAJONC ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel of record, jointly request that the Court continue the initial Case Management Conference currently scheduled for May 28, 2015 to June 4, 2015, or to a date thereafter that is mutually convenient for the Court.

WHEREAS, the initial Case Management Conference was originally set for April 2, 2015 (Dkt. No. 27);

WHEREAS, in an Amended Order dated March 31, 2015, the Court continued the initial Case Management Conference to May 28, 2015 (Dkt. No. 52);

WHEREAS, Lead Counsel for Defendants, Melinda Riechert, is unable to attend the Case Management Conference on May 28, 2015 because she is scheduled to host and present at the Technology Industry Employers Roundtable on the same date and at the same time as the Case Management Conference.  Nearly fifty industry attorneys are already scheduled to attend;

WHEREAS, pursuant to Civil Local Rule 16-3, Lead Counsel for Defendants, Melinda Riechert, is required to be present at the Case Management Conference to confer and plan as mandated by Federal Rule of Civil Procedure 26(f);

WHEREAS, continuing the initial Case Management Conference to June 4, 2015 will not affect the schedule for the case.

THEREFORE, IT IS STIPULATED by the Parties and respectfully requested that the initial Case Management Conference currently scheduled for May 28, 2015 be continued to June 4, 2015, or a date thereafter that is mutually convenient for the Court.

IT IS SO STIPULATED.

Dated: May 20, 2015

By: *__/s/ Jahan C. Sagafi__*
Jahan C. Sagafi

Jahan C. Sagafi (Cal. Bar No. 224887)
Julia Rabinovich (Cal. Bar No. 290730)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: jrabinovich@outtengolden.com

Justin M. Swartz (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: jms@outtengolden.com

Gregg I. Shavitz (admitted *pro hac vice*)
Susan H. Stern (admitted *pro hac vice*)
Paolo C. Meireles (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Hwy., Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: sstern@shavitzlaw.com
E-mail: pmeireles@shavitzlaw.com

Jeffrey A. Klafter (*pro hac vice* forthcoming)
Seth R. Lesser (*pro hac vice* forthcoming)
Fran L. Rudich (admitted *pro hac vice*)
KLAFTER OLSEN & LESSER, LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200
Facsimile: (914) 934-9220
E-mail: jak@klafterolsen.com
E-mail: seth@klafterolsen.com
E-mail: fran@klafterolsen.com

*Attorneys for Plaintiff and Proposed Class Members*

Dated: May 20, 2015

MORGAN, LEWIS & BOCKIUS LLP

By: *_/s/ Melinda Riechert_*
Melinda Riechert

Attorneys for Defendants
MORGAN STANLEY & CO. LLC,
MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY

**ATTESTATION**

I, Melinda Riechert, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order to Continue Case Management Conference. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Jahan C. Sagafi concurs in this filing.

DATED: May 20, 2015

MORGAN LEWIS & BOCKIUS LLP

By: *_/s/ Melinda Riechert_*

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation to Continue May 28, 2015 Case Management Conference and for good cause appearing, the Stipulation is approved. The Court hereby orders as follows:

The Case Management Conference currently scheduled for May 28, 2015 at 9:30 a.m. is continued until June 4, 2015.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: 5/22/15

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward M. Chen

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE