**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON ZAJONC,                                      No. C-14-5563 EMC

          Plaintiff,

     v.                                            **ORDER RE DISCOVERY DISPUTE**

MORGAN STANLEY & CO. LLC, *et al.*,                **(Docket No. 79)**

          Defendants.
_____/

     In the parties' Joint Rule 26(f) Discovery Plan, Plaintiff asked the Court to order Defendant to produce, as part of the class list, telephone numbers for the putative class members.  Contrary to what Defendant suggests, a further meet and confer on this issue is not necessary.  In the prior discovery dispute related to the class list, Plaintiffs clearly asked for telephone numbers as part of the class list information.  Defendant did not object, even stating that it was amenable to give Plaintiff a sampling of names, addresses, and telephone numbers.  *See* Docket No. 71 (Letter at 2).  Accordingly, Plaintiff's request is hereby **GRANTED**.  Absent good cause, the information shall be promptly produced.

     IT IS SO ORDERED.

Dated:  June 23, 2015

                                                   _____
                                                   EDWARD M. CHEN
                                                   United States District Judge