1    Jahan C. Sagafi (Cal. Bar No. 224887)
     Julia Rabinovich (Cal. Bar No. 290730)
2    OUTTEN & GOLDEN LLP
     One Embarcadero Center, 38th Floor
3    San Francisco, CA 94111
     Telephone: (415) 638-8800
4    Facsimile: (415) 638-8810
     E-mail: jsagafi@outtengolden.com
5    E-mail: jrabinovich@outtengolden.com

6    Justin M. Swartz (admitted *pro hac vice*)
     OUTTEN & GOLDEN LLP
7    3 Park Avenue, 29th Floor
     New York, New York 10016
8    Telephone: (212) 245-1000
     Facsimile: (646) 509-2060
9    E-mail: jms@outtengolden.com

10    *Attorneys for Plaintiffs and proposed Class Members*

11    *Additional counsel listed on following page*

12                 UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
13            SAN FRANCISCO / OAKLAND DIVISION

14

15    JASON ZAJONC and DENNIS FOWLER,      **Case No. 14-cv-05563-EMC**
     individually and on behalf of all others
16    similarly situated,                      **JOINT STIPULATION AND [PROPOSED]**
                                      **ORDER TO EXTEND BRIEFING**
17                  Plaintiffs,        **SCHEDULE FOR PLAINTIFFS' MOTION**
                                      **FOR CLASS CERTIFICATION**
18         v.

19    MORGAN STANLEY & CO. LLC,           Complaint Filed:    December 19, 2014
     f/k/a Morgan Stanley & Co. Incorporated,
20    MORGAN STANLEY SMITH BARNEY
     LLC, and MORGAN STANLEY,
21
                 Defendants.
22

23

24

25

26

27

28

Joint Stipulation and [Proposed] Order to Extend Briefing
Schedule for Plaintiffs' Motion for Class Certification
Case No. 14-CV-05563-EMC

1

### STIPULATION

WHEREAS, the Court's July 9, 2015 Clerk's Notice (ECF No. 83) set due dates for, among other things, Plaintiff Jason Zajonc's Motion for Class Certification, Defendant Morgan Stanley's Opposition, and Plaintiff's Reply;

WHEREAS, on August 25, 2015, the parties met and conferred regarding modifying the briefing schedule related to Plaintiffs' Motion for Class Certification; and

WHEREAS, this extension is without prejudice to further extension of the briefing schedule.

ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE to the following revised briefing schedule:

| | |
|---|---|
| Motion for Rule 23 Class Certification | Currently due: October 20, 2015<br>Stipulated: November 13, 2015 |
| Defendants' Opposition | Currently due: November 24, 2015<br>Stipulated: December 18, 2015 |
| Plaintiffs' Reply | Currently due: December 8, 2015<br>Stipulated: January 14, 2016 |
| Hearing Date | Currently: December 22, 2015<br>Stipulated: January 28, 2016 (or as soon thereafter as the Court is available) |

**IT IS SO STIPULATED.**

1

Joint Stipulation and [Proposed] Order to Extend Briefing
Schedule for Plaintiffs' Motion for Class Certification
Case No. 14-CV-05563-EMC

Dated: August 28, 2015

By:   */s/ Jahan C. Sagafi*
        Jahan C. Sagafi

Jahan C. Sagafi (Cal. Bar No. 224887)
Julia Rabinovich (Cal. Bar No. 290730)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: jrabinovich@outtengolden.com

Justin M. Swartz (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: jms@outtengolden.com

Gregg I. Shavitz (admitted *pro hac vice*)
Susan H. Stern (admitted *pro hac vice*)
Paolo C. Meireles (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Hwy., Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: sstern@shavitzlaw.com
E-mail: pmeireles@shavitzlaw.com

Jeffrey A. Klafter (*pro hac vice* application forthcoming)
Seth R. Lesser (admitted *pro hac vice*)
Fran L. Rudich (admitted *pro hac vice*)
KLAFTER OLSEN & LESSER, LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200
Facsimile: (914) 934-9220
E-mail: jak@klafterolsen.com
E-mail: seth@klafterolsen.com
E-mail: fran@klafterolsen.com

*Attorneys for Plaintiff and Proposed Class Members*

2

Joint Stipulation and [Proposed] Order to Extend Briefing
Schedule for Plaintiffs' Motion for Class Certification
Case No. 14-CV-05563-EMC

Dated: August 28, 2015

By:   */s/ Melinda S. Riechert*
               Melinda S. Riechert

Melinda S. Riechert
Jennifer Svanfeldt
Roberta H. Vespremi
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 422-1486
Facsimile: (415) 422-1001
E-mail: mriechert@morganlewis.com
       jsvanfeldt@morganlewis.com
       rvespremi@morganlewis.com

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August ~~9/1~~ , 2015

_____
The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA

3

Joint Stipulation and [Proposed] Order to Extend Briefing
Schedule for Plaintiffs' Motion for Class Certification
Case No. 14-CV-05563-EMC

## **ATTESTATION OF SIGNATURE**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

DATED: August 28, 2015                    OUTTEN & GOLDEN LLP

By:  */s/ Jahan C. Sagafi*

*Attorneys for Plaintiff and Proposed Class Members*

4

Joint Stipulation and [Proposed] Order to Extend Briefing
Schedule for Plaintiffs' Motion for Class Certification
Case No. 14-CV-05563-EMC