UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JASON ZAJONC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MORGAN STANLEY & CO. LLC, et al.,<br><br>　　　　　Defendants. | Case No. 3:14-cv-05563-EMC (LB)<br><br>**NOTICE OF REFERRAL AND ORDER**<br><br>[Re: ECF No. 96] |

　　　　The district court has referred the parties' joint discovery letter, electronically filed on September 2, 2015, which is a discovery matter, and all other discovery matters, to United States Magistrate Judge Laurel Beeler. (Order Referring Case ECF No. 100.[1]) The court will review the joint letter brief and evaluate whether a hearing is necessary. If so, the court will set one.

　　　　Going forward, the parties shall comply with all applicable requirements in the court's standing order (attached), including all procedures regarding resolution of discovery disputes. Those procedures require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person if counsel are local and thereafter submit a joint letter brief to the court with information about any

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

NOTICE AND ORDER  (No. 3:14-cv-05563-EMC (LB))

unresolved disputes. The court's procedures are designed to prevent any one party from avoiding filing a joint letter brief by allowing counsel to designate the meet-and-confer time if counsel do not agree. If counsel cannot navigate the filing of a joint letter brief, they may schedule a short case management conference call through courtroom deputy Lashanda Scott.

The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: September 9, 2015.

_____
LAUREL BEELER
United States Magistrate Judge

NOTICE AND ORDER (No. 3:14-cv-05563-EMC (LB))

2