1  MELINDA S. RIECHERT, SBN: 65504
   JENNIFER SVANFELDT, SBN: 233248
2  ROBERTA H. VESPREMI, SBN: 225067
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel:   +1.415.442.1000
   Fax:   +1.415.442.1001
5  e-mail: mriechert@morganlewis.com
           jsvanfeldt@morganlewis.com
6          rvespremi@morganlewis.com

7  Attorneys for Defendants
   MORGAN STANLEY & CO. LLC, MORGAN
8  STANLEY SMITH BARNEY LLC, and MORGAN
   STANLEY

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO/OAKLAND DIVISION

13

| | |
|---|---|
| JASON ZAJONC and DENNIS FOWLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MORGAN STANLEY & CO. LLC, f/k/a Morgan Stanley & Co. Incorporated, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY,<br><br>Defendants. | Case No. 4:14-cv-05563-EMC<br><br>**SUPPLEMENTAL DECLARATION OF PATRICIA KENNEALLY IN SUPPORT OF DEFENDANTS MORGAN STANLEY & CO. LLC, MORGAN STANLEY SMITH BARNEY LLC, AND MORGAN STANLEY'S PORTION OF SEPTEMBER 2, 2015 JOINT DISCOVERY LETTER**<br><br>Complaint Filed:   December 19, 2014<br>FAC Filed:         August 7, 2015 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SUPP. KENNEALLY DECLARATION
CASE NO. 4:14-CV-05563-EMC

I, Patricia Kenneally, declare as follows:

1. I am employed by Morgan Stanley Smith Barney as a Paralegal in its Legal Department. I make this supplemental declaration in support of Defendants' Portion of the September 2, 2015 Joint Discovery Letter. As a result of my position, I know the following facts to be true of my own personal knowledge or upon information and belief, and could and would competently testify to the truth thereof if called as a witness.

2. One of my job duties is to assist with the collection of data and documents for litigation. Because of my experience in performing that duty, I am aware of the process and time involved in collecting human resources-related records.

3. I understand that Plaintiffs also seek training records from Morgan Stanley's KnowledgeLink system for putative class members for the period of December 19, 2010 to the present. The KnowledgeLink records would only show the initial access (date and time) and the last access (date and time), and not any intermediate log-in and log-out access information. The KnowledgeLink records may not accurately reflect time logged by a putative class member in a given course. Morgan Stanley does not actively track whether employees regularly log in and out of their courses or whether they are engaged in other activities while the course is running.

4. A separate query must be built and run to produce customized learning records tailored to the dates each putative class member was in the pre-production training phase for financial advisors. This is also a manual process that must be conducted for each individual putative class member. It is my understanding that it takes about an hour to run a basic and customized KnowledgeLink report for each individual. That time estimate can increase due to system performance and data consistency issues.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of September, 2015 in Purchase, New York.

_Patricia Kenneally_
Patricia Kenneally
MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 26309422.1

1

SUPP. KENNEALLY DECLARATION
CASE NO. 4:14-CV-05563-EMC