MELINDA S. RIECHERT, SBN: 65504
JENNIFER SVANFELDT, SBN: 233248
ROBERTA H. VESPREMI, SBN: 225067
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001
e-mail: mriechert@morganlewis.com
       jsvanfeldt@morganlewis.com
       rvespremi@morganlewis.com

Attorneys for Defendants
MORGAN STANLEY & CO. LLC, MORGAN
STANLEY SMITH BARNEY LLC, and MORGAN
STANLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JASON ZAJONC and DENNIS FOWLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MORGAN STANLEY & CO. LLC, f/k/a Morgan Stanley & Co. Incorporated, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY,<br><br>Defendants. | Case No. 4:14-cv-05563-EMC<br><br>**DECLARATION OF PATRICIA FROOME IN SUPPORT OF DEFENDANTS MORGAN STANLEY & CO. LLC, MORGAN STANLEY SMITH BARNEY LLC, AND MORGAN STANLEY'S PORTION OF SEPTEMBER 2, 2015 JOINT DISCOVERY LETTER**<br><br>Complaint Filed: December 19, 2014<br>FAC Filed: August 7, 2015 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FROOME DECLARATION
CASE NO. 4:14-CV-05563-EMC

I, Patricia Froome, declare as follows:

1. I am employed by Morgan Stanley & Co. Incorporated LLC as an Executive Director in its Human Resources Division. I have worked in payroll at Morgan Stanley for 21 years. My job duties include being responsible for payroll production for the United States and Canada. I am familiar with the payroll records of Morgan Stanley employees in the United States, including those in California. As a result of my position, I know the following facts to be true of my own personal knowledge and could and would competently testify to the truth thereof if called as a witness.

2. It is my understanding that the putative class in this putative class action consists of approximately 1,200 individuals who have been employed by Morgan Stanley in California as pre-production trainees in Morgan Stanley's Financial Advisor Training Program between December 19, 2010 and the present ("trainees").

3. It is my understanding that Plaintiffs seek time records for trainees in both Excel format and as screenshots in PDF format.

4. Employee time records are maintained in the MyTime system.

5. Excel time records are gathered by conducting individual searches in the MyTime system for each trainee. To cull an Excel time record, a separate query must be built and run to produce time records tailored to the dates each trainee was in the pre-production phase of the FAA Training Program. This is a manual process. Assuming that each trainee works about twelve workweeks during pre-production, that process will take approximately 30 minutes per individual (4 minutes to pull and 1 minute to review per 2-week time period) or ***600 hours*** for the entire putative class.

6. Screenshot time records are located and gathered by conducting individual searches in the MyTime system for each putative class member. Morgan Stanley must search for, pull up, and individually print screenshots from the MyTime system for each pay period each trainee worked for the relevant time period (which differs by each trainee). This process is manual and takes approximately 48 minutes per individual (6 minutes to pull, 1 minute to review,

and 1 minute to convert to PDF) or **_960 hours_** for the entire putative class (assuming 12 workweeks per trainee).

7. It is also my understanding that Plaintiffs seek pay statements for trainees during the time period of December 19, 2010 to the present. Pay statements for the relevant dates, which differ across trainees, are located and gathered by conducting individual searches in the Firm's payroll system. The collection of pay statements would not be one-hundred percent complete because off-cycle paychecks that are processed manually are not included in the database that contains paychecks issued during the regular pay cycle. Additional research and investigation would be required to identify and gather any applicable payments that may have been delayed and processed in later pay periods. This process is manual. I could only dedicate an experienced payroll employee to the paycheck collection for a limited time each business day.

8. To print 12 weeks of paychecks and combine them into one PDF takes approximately 4-5 minutes per trainee or **_80 to 100 hours_**.

9. I do not have the staff resources to dedicate an individual payroll employee to these projects. These projects would need to be accomplished in addition to regular payroll duties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23 day of September, 2015 in Purchase, New York.

_____
Patricia Froome

DB2/ 26309428.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

FROOME DECLARATION
CASE NO. 4:14-CV-05563-EMC