MELINDA S. RIECHERT, SBN 65504
JENNIFER SVANFELDT, SBN 233248
ROBERTA H. VESPREMI, SBN 225067
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
E-mail: mriechert@morganlewis.com
E-mail: jsvanfeldt@morganlewis.com
E-mail: rvespremi@morganlewis.com

*Attorneys for Defendants*

Jahan C. Sagafi (Cal. Bar No. 224887)
Julia Rabinovich (Cal. Bar No. 290730)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: jrabinovich@outtengolden.com

*Attorneys for Plaintiffs and proposed Class Members*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JASON ZAJONC and DENNIS FOWLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO. LLC, f/k/a Morgan Stanley & Co. Incorporated, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY,<br><br>Defendants. | **Case No. 14-cv-05563-EMC**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR JOINT MOTION TO TRANSFER AND CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:   December 19, 2014 |

Joint Stipulation and [Proposed] Order to Continue
Deadline for Joint Motion to Transfer and CMC
Case No. 14-CV-05563-EMC

## STIPULATION

WHEREAS, on March 9, 2016, the parties filed a Notice of Settlement and Request to Vacate all Dates on Calendar (ECF No. 124), informing the Court that they have reached an agreement in principle to resolve the claims of the Plaintiffs and the putative class as part of a settlement of the following other cases: *Devries v. Morgan Stanley & Co., LLC*, No. 12 Civ. 81223 (S.D. Fla); *Hix v. Morgan Stanley & Co., LLC*, No. 15 Civ. 1157 (D. Md.); and *Johnson v. Morgan Stanley & Co., LLC*, No. 15 Civ. 4856 (S.D.N.Y.) ("Notice of Settlement");

WHEREAS, the Notice of Settlement informed that Court that the terms of the settlement, agreed to by the parties, call for the settlement to be memorialized in a comprehensive settlement stipulation and for the parties to move to transfer this case (as well as the *Hix* and *Johnson* actions) to the Southern District of Florida to be joined with *Devries* before Judge Marra for purposes of seeking approval of the settlement;

WHEREAS, the Notice of Settlement stated that the parties would finalize a formal settlement stipulation and submit a joint motion to transfer no later than April 11, 2016;

WHEREAS, on March 15, 2016, the Court stamped the last page of the Notice of Settlement, "it is so ordered as modified" and inserted the following language: "IT IS SO ORDERED that the further CMC is reset from 3/23/16 to 5/5/16 at 10:30 a.m. An updated joint CMC statement shall be filed by 4/28/16." (ECF No. 125);

WHEREAS, the parties have diligently been working to prepare the settlement stipulation and other required submissions, including the joint motion to transfer in this matter as well as in the *Hix* and *Johnson* matters; and

WHEREAS, given the ongoing efforts to negotiate the settlement stipulation in these matters, the parties require additional time to submit a joint motion to transfer.

ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE to continue the deadline to file a joint motion to transfer to May 11, 2016 to continue the CMC currently scheduled for Thursday, May 5, 2016 to Thursday, June 30, 2016. The Parties agree to submit an updated Joint Case Management Statement seven days before the rescheduled CMC date.

1

Joint Stipulation and [Proposed] Order to Continue
Deadline for Joint Motion to Transfer and CMC
Case No. 14-CV-05563-EMC

1  **IT IS SO STIPULATED.**

2  Dated: April 11, 2016                    By:  _/s/ Roberta H. Vespremi_
                                                  Roberta H. Vespremi

   Melinda S. Riechert
   Jennifer Svanfeldt
   Roberta H. Vespremi
   MORGAN LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
   San Francisco, CA 94105-1596
   Telephone: (415) 442-1000
   Facsimile: (415) 442-1001
   E-mail: mriechert@morganlewis.com
   E-mail: jsvanfeldt@morganlewis.com
   E-mail: rvespremi@morganlewis.com

   *Attorneys for Defendants*

   Dated: April 11, 2016                    By:  _/s/ Jahan C. Sagafi_
                                                  Jahan C. Sagafi

   Jahan C. Sagafi (Cal. Bar No. 224887)
   Julia Rabinovich (Cal. Bar No. 290730)
   OUTTEN & GOLDEN LLP
   One Embarcadero Center, 38th Floor
   San Francisco, CA 94111
   Telephone: (415) 638-8800
   Facsimile: (415) 638-8810
   E-mail: jsagafi@outtengolden.com
   E-mail: jrabinovich@outtengolden.com

   Justin M. Swartz (admitted *pro hac vice*)
   OUTTEN & GOLDEN LLP
   3 Park Avenue, 29th Floor
   New York, New York 10016
   Telephone: (212) 245-1000
   Facsimile: (646) 509-2060
   E-mail: jms@outtengolden.com

   Gregg I. Shavitz (admitted *pro hac vice*)
   Susan H. Stern (admitted *pro hac vice*)
   Paolo C. Meireles (admitted *pro hac vice*)
   SHAVITZ LAW GROUP, P.A.
   1515 S. Federal Hwy., Suite 404
   Boca Raton, Florida 33432
   Telephone: (561) 447-8888
   Facsimile: (561) 447-8831
   E-mail: gshavitz@shavitzlaw.com
   E-mail: sstern@shavitzlaw.com
   E-mail: pmeireles@shavitzlaw.com

2

Joint Stipulation and [Proposed] Order to Continue
Deadline for Joint Motion to Transfer and CMC
Case No. 14-CV-05563-EMC

Michael J. Palitz (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
30 3rd Avenue, 5th Floor
New York, NY 10022
Telephone:  (800) 616-4000
Facsimile: (561) 447-8831
E-mail: mpalitz@shavitzlaw.com

Seth R. Lesser (admitted *pro hac vice*)
Fran L. Rudich (admitted *pro hac vice*)
KLAFTER OLSEN & LESSER, LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200
Facsimile: (914) 934-9220
E-mail: seth@klafterolsen.com
E-mail: fran@klafterolsen.com

*Attorneys for Plaintiffs and Proposed Class Members*

3

Joint Stipulation and [Proposed] Order to Continue
Deadline for Joint Motion to Transfer and CMC
Case No. 14-CV-05563-EMC

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: April ___12___, 2016

IT IS SO ORDERED

Judge Edward M. Chen

4

Joint Stipulation and [Proposed] Order to Continue
Deadline for Joint Motion to Transfer and CMC
Case No. 14-CV-05563-EMC

# **ATTESTATION OF SIGNATURE**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

DATED: April 11, 2016            MORGAN LEWIS & BOCKIUS LLP

                                 By:  /s/ Roberta H. Vespremi

                                 *Attorneys for Defendants*

DB2/ 30116420.1

5

Joint Stipulation and [Proposed] Order to Continue
Deadline for Joint Motion to Transfer and CMC
Case No. 14-CV-05563-EMC